**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 95-0345-RSWL-16 |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO COMPASSIONATE RELEASE** [10504] |
| v. | ) | |
| | ) | |
| RAYMOND SHYROCK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Currently before the Court is Defendant Raymond Shyrock's ("Defendant") Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A) [10504] filed on September 14, 2020. The Court sets the following briefing schedule:

    Government's Opposition:    **October 19, 2020**

    Defendant's Reply:    **November 16, 2020**

///

1

The Motion will be deemed submitted upon receipt of the Reply or on the expiration of the Reply deadline.

**IT IS SO ORDERED.**

DATED: September 25, 2020        /s/ Ronald S.W. Lew

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge