1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,          CR 95-345-RSWL-16

13              Plaintiff,             **ORDER re: Defendant's
                                       Motion to Reopen Time to
14       v.                            File an Appeal** [10536,
                                       10539]
15  RAYMOND SHRYOCK,

16              Defendant.

17

18

19      On December 30, 2020, the Court issued an order

20  (the "Order") denying [10530] Defendant Raymond

21  Shryock's ("Defendant") Motion for Compassionate Release

22  or Reduction in Sentence Pursuant to 18 U.S.C. §

23  3582(c)(1)(A) and the First Step Act of 2018 [10509].

24  Defendant filed an untimely Notice of Appeal [10536] on

25  February 9, 2021.  See Fed. R. App. 4(b)(1)(A) (stating

26  that "a defendant's notice of appeal must be filed in

27  the district court within 14 days after . . . the entry

28

                                1

1  of either the judgment or the order being appealed").

2    On March 1, the Ninth Circuit remanded the case to

3  this Court [10539] for the limited purpose of providing

4  Defendant notice and an opportunity to request that the

5  time for filing the Notice of Appeal be extended under

6  Federal Rule of Appellate Procedure ("Rule") 4(b)(4),

7  upon a finding of excusable neglect or good cause.  The

8  Court construes Defendant's Notice of Appeal as a motion

9  to reopen the time for filing an appeal.  See United

10  States v. Withers, 638 F.3d 1055, 1061 (9th Cir. 2011)

11  (holding that courts "must construe a *pro se* appellant's

12  notice of appeal as a motion to reopen the time for

13  filing an appeal when he alleges that he did not receive

14  timely notice of the entry of the order or judgment from

15  which he seeks to appeal").

16    Defendant claims that his Notice of Appeal was

17  untimely because he did not receive notice of the

18  Court's Order denying his Motion for Compassionate

19  Release until he learned of the Order on February 3

20  "from an out of prison source."  Notice of Appeal 2, ECF

21  No. 10539.  Thereafter, Defendant worked expeditiously

22  in mailing his Notice of Appeal the next day.  See id.

23  Thus, finding good cause, and finding that Defendant

24  filed his Notice of Appeal within the thirty-day

25  extended period under Rule 4(b)(4), the Court hereby

26  **GRANTS** the Motion and permits extension of time to file

27  the Notice of Appeal.

28    The Clerk is directed to send a copy of this Order

1    to the Ninth Circuit Court of Appeals and to serve this

2    Order on Defendant.

3

4    **IT IS SO ORDERED.**

5

6    DATED: March 5, 2021              _____/s/ Ronald S.W. Lew_____

7                                       **HONORABLE  RONALD  S.W.  LEW**
                                        Senior U.S. District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28